## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLIN ALEXANDER** | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | SECTION |
| | * | |
| **NORFOLK SOUTHERN RAILWAY** | * | JUDGE: |
| **COMPANY, NORFOLK SOUTHERN** | * | |
| **CORPORATION, and THE ALABAMA** | * | MAG. JUDGE: |
| **GREAT SOUTHERN RAILROAD** | * | |
| **COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Collin Alexander ("Plaintiff"), who respectfully represents as follows:

**I.**

Plaintiff is an individual of the full age of majority and domiciled in St. Tammany Parish, State of Louisiana, within the jurisdiction of the United States District Court, Eastern District of Louisiana.

**II.**

Made defendants herein are:

1) **Norfolk Southern Railway Company**, a Virginia corporation with its principal place of business in the State of Georgia, operates nationwide railroad system, including substantial railroads within the Eastern District of Louisiana;

2) **Norfolk Southern Corporation**, a Virginia corporation with its principal place of business in the State of Georgia, is the parent company of Norfolk Southern Railway Company who

1

manages, supervises and controls certain rail carriers, including Norfolk Southern Railway Company; and

3) **The Alabama Great Southern Railroad Company**, an Alabama corporation with its principal place of business in the State of Georgia, is a wholly-owned subsidiary of Norfolk Southern Railway Company who owns and operates the railroads within the Eastern District of Louisiana, including the railway at issue herein.

(collectively referred to as "Defendants").

### III.

Jurisdiction is proper in this matter pursuant to General Maritime and Admiralty Law, as well as all applicable Louisiana laws, pursuant to 28 U.S.C. § 1332, § 1333, and Rule 9(h) of the Federal Rules of Civil Procedure.

### IV.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events and/or actions giving rise to this claim occurred in this District.

### V.

On or about March 6, 2021, Plaintiff was aboard a 2021 Sea Fox 248 Commander ("Sea Fox"), an outboard recreation motorboat owned by Rod Wilhoft, Sr., along with Rod Wilholft, Jr., Sara Broussard, James Fisackerly, Jr., and Kerry Portie.

### VI.

At some point during the excursion, the Sea Fox collided with an unlit pier on Defendants' bascule bridge, which spans across Lake Pontchartrain, a navigable waterway within the territorial boundaries of the State of Louisiana.

**VII.**

Upon impact, Plaintiff, along with the other passengers, sustained severe bodily injuries, with Rod Wilhoft, Jr. being ejected from the Sea Fox. Rod Wilhoft, Jr. did not survive the incident.

**VIII.**

At all times pertinent herein, Defendants maintained ownership and control over the bascule bridge, including the unlit parts of the pier beneath.

**IX.**

Defendants' failure to properly maintain and/or operate the bascule bridge and pier system resulted in the allision between the Sea Fox and the bascule bridge's pier system, which proximately caused the injuries sustained by Plaintiff.

**XIV.**

The injuries sustained by Plaintiff were caused by the negligence, gross negligence, actions and/or inactions of Defendants, including but not limited to the following:

1) failing to comply with the lighting requirements for their bascule bridge, pier, and fender system in violation of applicable rules, regulations, and permits;

2) failing to provide functioning lighting on their bascule bridge, pier, and fender system;

3) failing to provide the proper and necessary safety precautions in violation of applicable rules, regulations, and permits;

4) negligently and/or gross negligently allowing a seriously dangerous condition to exist on the bascule bridge, pier, and fender system;

5) failing to properly maintain and operate the bascule bridge, pier, and fender system; and

6) any other acts of negligence and/or omissions which may be shown at the trial of this matter.

The foregoing breaches of duty by Defendants directly and proximately caused the injuries and damages sustained by Plaintiff.

**X.**

Based upon Defendants' negligence and Plaintiff's resulting injuries, Plaintiff is entitled to recover all damages available under General Maritime and Admiralty Law, and/or Louisiana law, including but not limited to: pain and suffering, disability, past lost wages, future lost wages, diminished earning capacity, loss of enjoyment of life, and past and future medical expenses.

**XI.**

Plaintiff prays for a trial by jury on all issues stated herein.

**WHEREFORE**, plaintiff, Collin Alexander, prays that defendants, Norfolk Southern Railway Company, Norfolk Southern Corporation, and The Alabama Great Southern Railroad Company, be duly cited and served with a certified copy of this Complaint, and after due proceedings are had, there be judgment in favor of plaintiff, Collin Alexander, and against defendants, Norfolk Southern Railway Company, Norfolk Southern Corporation, and The Alabama Great Southern Railroad Company, for all damages sustained by plaintiff, together with legal interest thereon from the date of judicial demand, and for all attorney's fees and costs of these proceedings.

Plaintiff, Collin Alexander, further prays for all general and equitable relief to which he may be entitled, as well as a trial by jury on all issues.

RESPECTFULLY SUBMITTED:

WYNNE & GOUX,
ATTORNEYS AT LAW, L.L.C.

By: s/ *R. Gary Higgins, Jr.*
_____
VINCENT F. WYNNE, JR., LBRN 25309, T.A.
SHANNON K. LOWRY, LBRN 23160
R. GARY HIGGINS, JR., LBRN 36309
410 N. Jefferson Avenue
Covington, Louisiana 70433
Telephone:  (985) 898-0504
Facsimile:  (985) 898-0840
Email:  vwynnejr@wgllawfirm.com
            slowry@wgllawfirm.com
            ghiggins@wgllawfirm.com
ATTORNEYS FOR PLAINTIFF,
    COLLIN ALEXANDER

**PLEASE PREPARE SERVICE FOR:**

**NORFOLK SOUTHERN RAILWAY COMPANY**
*Through its agent for service of process,*
Mr. J. Steven Stewart
577 Mulberry Street, Suite 1500
Macon, Georgia 31201

**NORFOLK SOUTHERN CORPORATION**
*Through its agent for service of process,*
Mr. J. Steven Stewart
577 Mulberry Street, Suite 1500
Macon, Georgia 31201

**THE ALABAMA GREAT SOUTHERN RAILROAD**
*Through its agent for service of process,*
CORPORATION SERVICE COMPANY
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of March, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*s/ R. Gary Higgins, Jr.*
_____
R. Gary Higgins, Jr.